UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE,

      Plaintiff,

v.

Case No. 2:25-cv-564-JLB-KCD

SAUL B VILLALOBOS, KHALEEB HOOVER, STEVEN PEPE, LUKE LAJGI, CHRISTOPHER DECOSTA, STEPHEN C RUBINO, KIM HUBERT,

      Defendants,
_____/

## ORDER

Plaintiff Thomas Pepe moves the Court to "issue an order denying judicial immunity to Defendant Judge Michael McHugh." (Doc. 12 at 1.) The motion is **DENIED** because Judge McHugh is not a defendant. What is more, even if he were a party, the Court cannot perfunctorily revoke his judicial immunity. "[J]udicial immunity is an affirmative defense" that must be addressed on the merits. *Mordkofsky v. Calabresi*, 159 F. App'x 938, 939 (11th Cir. 2005).

**ORDERED** in Fort Myers, Florida on July 24, 2025.

Kyle C. Dudek
United States Magistrate Judge