UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE,

    Plaintiff,

v.

SAUL B VILLALOBOS, KHALEEB HOOVER, STEVEN PEPE, LUKE LAJGI, CHRISTOPHER DECOSTA, STEPHEN C RUBINO, KIM HUBERT,

    Defendants,
_____/

Case No. 2:25-cv-564-JLB-KCD

## ORDER

Plaintiff Thomas Pepe has yet again moved the Court to "take judicial notice" of several documents. (Doc. 19.) The motion is **DENIED** for the same reasons as before. Plaintiff has not satisfied the requirements of Rule 201. He has not shown that the attached records and documents establish facts that are either uncontested or "generally known within the trial court's territorial jurisdiction." Fed. R. Evid. 201(b)(1).

**ORDERED** in Fort Myers, Florida on July 31, 2025.

Kyle C. Dudek
United States Magistrate Judge