UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE,

    Plaintiff,

v.                                                                         Case No. 2:25-cv-564-JLB-KCD

SAUL B VILLALOBOS, KHALEEB
HOOVER, STEVEN PEPE, LUKE
LAJGI, CHRISTOPHER DECOSTA,
STEPHEN C RUBINO, KIM
HUBERT,

    Defendants,
_____/

## ORDER

Plaintiff Thomas Pepe moves the Court to "lift the service stay . . . and allow service of the Amended Complaint filed August 5, 2025." (Doc. 27.) The motion is **DENIED**. Plaintiff's latest pleading must be reviewed under 28 U.S.C. § 1915(e), which has yet to occur. The Court will issue service when (and if) the complaint is found sufficient.

**ORDERED** in Fort Myers, Florida on August 11, 2025.

*[signature]*
Kyle C. Dudek
United States Magistrate Judge